# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **BRANDON PICKENS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:22-cv-00127-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **MONICA BONDS,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2023 Memorandum of Decision and Order.

January 13, 2023

Frank G. Johns, Clerk
United States District Court